## Issac Collins *v.* John Monticou.

A party who takes a suspensive appeal and abandons it, cannot afterwards take a devolutive appeal.

APPEAL from the District Court of the Parish of Jefferson, *Clarke*, J. *Race & Foster*, for plaintiff. *Michel*, for defendant and appellant.

Campbell, J. The plaintiff and appellee move to dismiss the appeal, on the ground, that a previous appeal was taken and abandoned by the appellant.

COLLINS
v.
MONTICOU.

The record discloses that, on the 23d May, 1832, a suspensive appeal was granted on the petition of appellant, and that the required bond was filed the same day. It further appears, that this appeal was never brought up ; but that in December of the same year, appellant applied for and obtained the devolutive appeal now before the Court.

The appeal taken, having thus been abandoned, cannot be renewed.  C. P. 594.  *Dozer* v. *Sargent*, 4 L. 41.  *Roberts* v. *Beuler*, 1 R. 100.

It is therefore decreed, that this appeal be dismissed at the costs of appellant.